UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALION SCIENCE & TECHNOLOGY CORP.  :
: ECF CASE
              Petitioner,  :
: Civil Action No.: 07-cv-3547 (SHS)
    -against-  :
: **RULE 7.1 STATEMENT**
BOMBARDIER, INC.,  :
:
             Respondent.  :
------------------------------------------------------------X

      PURSUANT to rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Petitioner, ALION SCIENCE & TECHNOLOGY, CORP. ("ALION"), certifies that Alion has no parent corporation and that no publicly held company holds 10% or more of Alion's stock.

Dated: May 3, 2007
      New York, New York

                            Venable LLP

                            By: _____
                                Edmund M. O'Toole (EO-7939)
                                Gregory W. Gilliam (GG-2857)

                            The Chrysler Building
                            405 Lexington Avenue, 56th Floor
                            New York, NY 10174
                            Telephone (212) 307-5500
                            Facsimile (212) 307-5598

                            *Attorneys for Petitioner*
                            *Alion Science & Technology*

OF COUNSEL:

J. Scott Hommer
Kristen E. Burgers
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Telephone: (703) 761-1600