UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ALION SCIENCE & TECHNOLOGY CORP.    :
                                          Petitioner,    :
                                -against-    :
BOMBARDIER, INC.,    :
                                          Respondent.    :
---------------------------------------------------------------X

ECF CASE

Civil Action No.: 07-cv-3547 (SHS)

**NOTICE OF PETITION**

**PLEASE TAKE NOTICE** that, upon the annexed Petition to Compel Arbitration dated May 3, 2007, the annexed Declaration of Gregory W. Gilliam dated May 3, 2007, and exhibits attached thereto, the accompanying Memorandum of Law, and upon all papers and proceedings heretofore had herein, Petitioner Alion Science and Technology Corporation shall petition this Court on such date to be determined by the Court at 500 Pearl Street, New York, New York, for an order (i) pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, compelling arbitration between the above-named parties pursuant to the Sub-contract Agreement dated May 2000 between the IIT Research Institute and Bombardier, Inc., and (ii) granting Petitioner such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served on the undersigned counsel within ten (10) business days after service of this notice.

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, must be served within five (5) business days after service of the answering papers.

Dated: May 4, 2007
      New York, New York

                                       Venable LLP

                                       By: _____
                                             Edmund M. O'Toole (EO-7939)
                                             Gregory W. Gilliam (GG-2857)

                                       The Chrysler Building
                                       405 Lexington Avenue, 56th Floor
                                     New York, NY 10174
                                     Telephone (212) 307-5500
                                     Facsimile (212) 307-5598

                                     *Attorneys for Petitioner*
                                     *Alion Science & Technology*

OF COUNSEL:

J. Scott Hommer
Kristen E. Burgers
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Telephone: (703) 761-1600

TO:

Thomas W. Tobin, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639