## CERTIFICATE OF SERVICE

I hereby certify that a copy of the (i) **Notice of Petition,** (ii) **Petition to Compel Arbitration**, (iii) **Declaration of Gregory W. Gilliam and accompanying attachments**, (iv) **Memorandum of Law in Support of Petition to Compel,** and (v) **Rule 7.1 Statement** was duly served **via hand delivery** on **May 4, 2007**, addressed as follows, upon:

> Thomas W. Tobin, Esq.
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 150 East 42nd Street
> New York, NY 10017-5639

_____
Gregory W. Gilliam
*Counsel for*
*Alion Science and Technology Corp.*