```
USDC SDNY
DOCUMENT
ELF(           FILED
DOC
DATE FILED: 5/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ALION SCIENCE & TECHNOLOGY CORP.,      :     07 Civ. 3547 (SHS)

                 Petitioner,      :

    -against-

                              :

BOMBARDIER, INC.,

                              :

                 Respondent.
----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court's records indicate that a Petition to Compel Arbitration was filed on May 3, 2007. Accordingly,

      IT IS HEREBY ORDERED that:

      1.    Respondent shall serve and file its response to the petition on or before June 15, 2007; and

      2.    Petitioner shall send a copy of this order to respondent.

Dated: New York, New York
       May 16, 2007

                                           SO ORDERED:

                                           Sidney H. Stein, U.S.D.J.

To:    Gregory W. Gilliam, Esq.
        Attorney for Petitioner