UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ALION SCIENCE & TECHNOLOGY CORP.    :
                                                                  :    ECF CASE
                      Petitioner,    :
                                                                   :    Civil Action No.: 07-cv-3547 (SHS)(FM)
       -against-    :
                                         :    **VOLUNTARY DISMISSAL**
BOMBARDIER, INC.,    :
                                         :
                    Respondent.    :
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Petitioner Alion Science and Technology Corporation hereby voluntarily dismisses the petition filed in the above-named matter without prejudice.

Dated: New York, New York
         June 14, 2007

                                      Venable LLP

                                      By: _____
                                          Edmund M. O'Toole (EO-7939)
                                          Gregory W. Gilliam  (GG-2857)

                                      The Chrysler Building
                                      405 Lexington Avenue, 56th Floor
                                      New York, NY 10174
                                      Telephone (212) 307-5500
                                      Facsimile (212) 307-5598

                                      *Attorneys for Petitioner*
                                      *Alion Science & Technology*

OF COUNSEL:

J. Scott Hommer
Kristen E. Burgers
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Telephone: (703) 761-1600

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Petitioner's Voluntary Dismissal was duly served via first-class mail on June 14, 2007, addressed as follows, upon:

>Thomas W. Tobin, Esq.
>Wilson Elser Moskowitz Edelman & Dicker LLP
>150 East 42nd Street
>New York, NY 10017-5639

_____
Gregory W. Gilliam
*Counsel for*
*Alion Science and Technology Corp.*