USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/07

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ALION SCIENCE & TECHNOLOGY CORP.    :
                                    :
                   Petitioner,      :
                                    :
        -against-                   :
                                    :
BOMBARDIER, INC.,                   :
                                    :
                   Respondent.      :
-----------------------------------------------------------------X

ECF CASE

Civil Action No.: 07-cv-3547 (SHS)(FM)

**VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure

41(a)(1), Petitioner Alion Science and Technology Corporation hereby voluntarily

dismisses the petition filed in the above-named matter without prejudice.

Dated: New York, New York
       June 14, 2007

Venable LLP

By: _____

Edmund M. O'Toole (EO-7939)
Gregory W. Gilliam  (GG-2857)

The Chrysler Building
405 Lexington Avenue, 56th Floor
New York, NY 10174
Telephone (212) 307-5500
Facsimile (212) 307-5598

*Attorneys for Petitioner*
*Alion Science & Technology*

SO ORDERED 6/15/07

_____
SIDNEY H. STEIN
U.S.D.J.

OF COUNSEL:

J. Scott Hommer
Kristen E. Burgers
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Telephone: (703) 761-1600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Petitioner's Voluntary Dismissal was duly served

via first-class mail on June 14, 2007, addressed as follows, upon:

> Thomas W. Tobin, Esq.
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 150 East 42nd Street
> New York, NY 10017-5639

Gregory W. Gilliam
*Counsel for*
*Alion Science and Technology Corp.*